DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRA LASHAY HOLMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3837

[July 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa M. Porter, Judge; L.T. Case No. 13009054CF10A.

Edward Hoeg, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, Maryellen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and FORST, JJ., and CROOM, JANET C., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***